UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| UNITED STATES | PLAINTIFF/APPELLEE |
| V. | **Tenth Circuit Appeal No. 22-5113** <br> (OKND 4:09-cr-43 SPF-2) <br> (OKWD 5:22-cr-357 F-1) |
| OSCAR STILLEY | DEFENDANT/APPELLANT |

**OSCAR STILLEY'S MOTION FOR OVERLENGTH BRIEF**

Comes now Appellant Oscar Stilley (Stilley) and for his motion for overlength brief states:

Stilley inquired of opposing counsel concerning the relief sought. Opposing counsel Elissa Hart-Mahan stated that the government opposes allowing Stilley an overlength brief.

Stilley previously filed a combination brief and application for certificate of appealability, concerning a district court motion under 28 USC 2255. 10th Cir. 22-5000. That brief was nearly 13,000 words, the limit under circuit rule.

Most of the legal issues briefed in that case are applicable to this case as well. Stilley has additional issues to brief in this case. Therefore, Stilley requests permission to file a brief not to exceed 18,000

1

words. If the Court is unwilling to grant this request, Stilley seeks whatever enlargement of brief length, if any, that the Court deems appropriate.

WHEREFORE, Stilley respectfully requests that this Court authorize Stilley a brief length not to exceed 18,000 words; and for such other and further relief as may be appropriate, whether or not specifically requested.

Respectfully submitted,

| | |
|---|---|
| By: /s/ Oscar Stilley<br>Oscar Stilley<br>10600 N Highway 59<br>Cedarville, AR 72932-9246<br>479.384.2303 mobile<br>479.401.2615 fax<br>oscarstilley@gmail.com | April 17, 2023<br>Date |

## CERTIFICATE OF SERVICE

Defendant Stilley hereby certifies that on the date stated above he filed this pleading using the CM/ECF system, and that all CM/ECF participants will be served.