FILED  
United States Court of Appeals  
Tenth Circuit  

April 17, 2023  

Christopher M. Wolpert  
Clerk of Court  

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

OSCAR AMOS STILLEY,

    Defendant - Appellant.

No. 22-5113  
(D.C. No. 4:09-CR-00043-SPF-2)  
(N.D. Okla.)

_____

**ORDER**

_____

Before **BACHARACH** and **PHILLIPS**, Circuit Judges.

_____

This matter is before the court on appellant's motion for leave to file an oversized opening brief. Upon consideration, the motion is denied.

                                       Entered for the Court

                                       CHRISTOPHER M. WOLPERT, Clerk