UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

October 16, 2023

Oscar A. Stilley
10600 North Highway 59
Cedarville, AR 72932

**RE:    22-5113, United States v. Stilley**
Dist/Ag docket: 4:09-CR-00043-SPF-2 & 5:22-CR-00357-F-1

Dear Appellant:

Attached is a copy of the order and judgment issued today in this matter. The court has
entered judgment on the docket pursuant to Fed. R. App. P. Rule 36.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:    Katie Bagley
       Elissa Hart-Mahan
       Samuel Robert Lyons
       Joseph Brian Syverson

CMW/at