UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Entry of Appearance and Certificate of Interested Parties**

United States

v.

Oscar Stilley

Case No. 22-5113

**INSTRUCTIONS:** COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for the United States
Party or Parties
Appellee, in the subject case(s).
Appellant/Petitioner or Appellee/Respondent

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows: **(Check one.)**

[✓] On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

[ ] There are no such parties, or any such parties have heretofore been disclosed to the court.

Elissa Hart-Mahan
Name of Counsel

s/ Elissa Hart-Mahan
Signature of Counsel

PO Box 972
Washington, DC 20044, (202) 305-7397
Mailing Address and Telephone Number

E-Mail Address elissa.r.hart@usdoj.gov

S. Robert Lyons
Name of Counsel

s/ S. Robert Lyons
Signature of Counsel

PO Box 972
Washington, DC 20044, (202) 307-6512
Mailing Address and Telephone Number

E-Mail Address samuel.r.lyons@usdoj.gov

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on

(please insert date) 12/12/2022    via (state method of service) U.S. Mail    .

to Oscar Stilley
(*See* Fed. R. App. P. 25(b))

s/ Elissa Hart-Mahan
(Signature)

**A-5**  Entry of Appearance Form 10/09

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

United States

v.

Oscar Stilley

Case No. 22-5113

**Certificate of Interested Parties**

     The following are not direct parties in this appeal but do have some interest in or a relationship with the litigation or the outcome of the litigation. *See* 10th Cir. R. 46.1(D).  In addition, attorneys not entering an appearance in this court but who have appeared for any party in prior trial or administrative proceedings, or in related proceedings, are noted below.

(Attach additional pages if necessary.)

Katie S. Bagley
Charles Robert Burton, IV
Hon. Paul J. Cleary
Jeffrey A. Gallant
Hon. Stephen P. Friot
Elissa Hart-Mahan
Internal Revenue Service
S. Robert Lyons
Charles A. O'Reilly
Hon. James H. Payne
Kenneth P. Snoke
Vani Singhal
Lindsey Kent Springer
Joseph B. Syverson
Terry Lee Weber

A-5  Entry of Appearance Form 10/09