# 10th CIR. FORM 4. DISCLOSURE STATEMENT

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## Fed. R. App. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement

| | |
|---|---|
| United States<br><br>v.<br><br>Oscar Stilley | Case No.  22-5113 |

Pursuant to Federal Rule of Appellate Procedure 26.1(a), (b), and/or (c), the undersigned, on behalf of   the United States
[Party Name(s)]

certifies[1] as follows:

☒  The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

   Internal Revenue Service (victim)

☐  There is no information to disclose pursuant to Fed. R. App. P. 26.1.

December 19, 2022
Date

s/ Elissa Hart-Mahan
Signature

---

[1] Pursuant to Federal Rule of Appellate Procedure 26.1(d)(3), this disclosure statement must be promptly updated whenever any of the information required under Fed. R. App. P. 26.1 changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☐ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☒ On  December 19, 2022  I sent a copy of this Disclosure Statement
     [date]

Oscar Stilley
_____
[name of party]

at #1189798, David Moss Correctional Center, 300 North Denver Avenue, Tulsa, OK 74103-0000,
[address]

the last known address/email address, by

    U.S. Mail                                              .
[method of service]

  December 19, 2022
_____
Date

  s/ Elissa Hart-Mahan
_____
Signature