NO. 22-5113
UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| UNITED STATES | APPELLEE/PLAINTIFF |
| V.　　CASE NO. 22-5113<br>(OKND # 4:09-cr-43-2) | |
| OSCAR STILLEY | APPELLANT/DEFENDANT |

**PRO SE ENTRY OF APPEARANCE**

Comes now Defendant Oscar Stilley (Stilley) and for his *pro se* entry of appearance states:

Stilley hereby notifies the Clerk and all parties that he is appearing pro se as the Appellant in this case. All notices regarding this case should be 1) served on the CM/ECF notification system, and 2) mailed to Stilley at the jail address below. Stilley will promptly notify the Clerk and the parties when service at the jail is no longer necessary.

Further, in accordance with 10th Cir. R. 46.1, I certify that there are parties interested in this litigation that do not appear in the caption for this appeal. Specifically, Lindsey Kent Springer (co-defendant at jury trial) has or may have a legal right and/or duty to join and/or benefit from Stilley's appeal, and will or may be prejudiced by the failure to join this appeal. Stilley has repeatedly requested the assistance of this Court and of the District Court, to

1

obtain the contact information of Lindsey Springer, without success. Other than Springer, Stilley is not aware of any party who has an interest in this litigation, within the meaning of the rule. All other parties will be served electronically by CM/ECF.

Please take note that both outgoing mail from this jail, and incoming mail to this jail, has been highly unreliable. As of December 30, 2022, outgoing mail sent to the Northern District of Oklahoma court clerk on December 13, the US Supreme Court clerk on December 19, and the clerk for the 7th Circuit Court of Appeals on December 23 (2 pieces) has not been delivered.

Furthermore, at least 4 incoming pieces of tracked mail, shown received as early as December 8, 2022, has not been delivered. Two weeks of the Wall Street Journal have not been delivered, a Sacred Name bible from Amazon has not been delivered more than 2 weeks after arrival at the jail, and a letter from Stilley's mother has not been delivered. Repeated respectful efforts at remediation of this interference with the mails have proven fruitless. Stilley will make all reasonable efforts to determine if mail to this Court is not received by the clerk, and will send the mail again if necessary. Please note the prison mailbox rule certificate of service below.

By: /s/ Oscar Stilley
Oscar Stilley, Inmate # 1189798
David L. Moss Correctional Center
300 North Denver
Tulsa, OK 74103
479.384.2303
oscarstilley@gmail.com

1-3-2023
Date

PRISON MAILBOX RULE CERTIFICATE OF SERVICE

Stilley by his signature above pursuant to 28 USC 1746 declares under penalty of perjury that on the date stated above he placed a copy of this pleading in the prison outgoing mail receptacle, with sufficient US postage attached, addressed to the Clerk of the Court for filing and service via CM/ECF. There is no special system for legal mail.

TULSA OK 740
10 JAN 2023 PM 2 L

Scanned
US Marshal

Clerk
10th Circuit Court of Appeals
Byron White US Courthouse
1823 Stout Street
Denver, CO 80257

Oscar Stilley #1189798
Tulsa County Jail
300 North Denver Avenue
Tulsa, OK 74103