FILED  
United States Court of Appeals  
Tenth Circuit

January 30, 2023

Christopher M. Wolpert  
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

OSCAR AMOS STILLEY,

    Defendant - Appellant.

No. 22-5113  
(D.C. No. 4:09-CR-00043-SPF-2)  
(N.D. Okla.)

---

## ORDER

---

This matter is before the court on *Oscar Stilley's Verified Motion for Remand to the District Court for the Entry of a Final and Appealable Order*. Upon review and consideration, the deadline for filing the opening brief is vacated. Appellee shall file a response to the motion on or before February 6, 2023.

                Entered for the Court

                CHRISTOPHER M. WOLPERT, Clerk