FILED
United States Court of Appeals
Tenth Circuit

February 9, 2023

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

OSCAR AMOS STILLEY,

    Defendant - Appellant.

No. 22-5113
(D.C. No. 4:09-CR-00043-SPF-2)
(N.D. Okla.)

_____

## ORDER

_____

This matter is before the court on Appellant's pro se "motion for remand to the district court," as amended. The motion and the response are referred to the panel of judges who will later be assigned to decide the appeal on the merits. No ruling shall issue at this time.

Appellant shall file an opening brief within 40 days of the date of this order.

                                          Entered for the Court

                                          CHRISTOPHER M. WOLPERT, Clerk