UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| UNITED STATES | PLAINTIFF/APPELLEE |
| V. | **Tenth Circuit Appeal No.  22-5113** <br> (OKND Criminal 4:09-cr-43 SPF-2) |
| OSCAR STILLEY | DEFENDANT/APPELLANT |

**APPELLANT OSCAR STILLEY'S
NOTICE OF CHANGE OF ADDRESS**

Comes now Appellant Oscar Stilley (Stilley) and for his notice of

change of address states:

Appellant Oscar Stilley (Stilley) hereby gives notice to all parties

to this litigation that he has arrived home from his latest sojourn in the

US Department of Justice-Federal Bureau of Prisons (DOJ-FBOP).

Stilley now resides at the address set forth in the address block below.

Having been released from federal prison,[1] electronic service is

sufficient.   All electronically filed pleadings on the docket of this Court

are now available to Stilley.

Respectfully submitted.

By: /s/ Oscar Stilley                     February 28, 2023
Oscar Stilley                             Date
10600 N Highway 59
Cedarville, AR 72932-9246
479.384.2303 mobile
479.401.2615 fax
oscarstilley@gmail.com

## CERTIFICATE OF SERVICE

Defendant Stilley hereby certifies that on the date stated above he filed this pleading using the CM/ECF system, whereby all interested persons save Lindsey Springer will be served with this pleading.  Stilley does not have access to Lindsey Kent Springer's physical address, email, and phone number.  Stilley is therefore unable to serve Springer with this pleading.

---

[1]    Three months wasn't quite enough time to get to the last prison of Stilley's confinement.  The psychopaths in charge of Federal Correctional Complex (FCC) Yazoo City locked up the entire population of the camp in SHU (Special Housing Unit, or jail for the prison), and claimed that the camp was "shut down." Therefore Stilley was released directly from SHU after some 16 days in segregation.  The DOJ-FBOP, apparently for fun, issued Stilley fake bus tickets, which caused Stilley to spend a night sleeping on the floor of the bus station in Memphis, TN.  But that's all over now.